RICHARD G. McCRACKEN, # 2748
SARAH GROSSMAN-SWENSON, # 11979
McCRACKEN, STEMERMAN, & HOLSBERRY, LLP
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
PH:   (702) 386-5107
FAX:  (702) 386-9848

*Attorneys for Local Joint
Executive Board of Las Vegas;
Culinary Workers' Union, Local 226*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS' UNION, LOCAL 226,<br><br>Plaintiffs & Petitioners,<br><br>vs.<br><br>RAMPARTS, INC., d/b/a LUXOR HOTEL/CASINO, a Nevada corporation, and Does 1-10,<br><br>Defendants & Respondents. | Case No.  12-cv-01963<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel of record for Plaintiffs and Petitioners certifies that there are no known interested parties other than those participating in the case.

Dated: November 13, 2012          Respectfully submitted,

**McCRACKEN, STEMERMAN,
& HOLSBERRY, LLP**

/s/ *Sarah Grossman-Swenson*
SARAH GROSSMAN-SWENSON
RICHARD G. McCRACKEN
*Attorneys for Plaintiffs Local Joint Executive Board of Las Vegas and Culinary Workers' Union, Local 226*