| | |
|---|---|
| 1 | Gary C. Moss, Bar No. 4340 |
| | mossg@jacksonlewis.com |
| 2 | Veronica Arechederra Hall, Bar No. 5855 |
| | veronica.hall@jacksonlewis.com |
| 3 | Paul T. Trimmer, Bar No. 9291 |
| | trimmerp@jacksonlewis.com |
| 4 | **JACKSON LEWIS LLP** |
| | 3800 Howard Hughes Parkway |
| 5 | Suite 600 |
| | Las Vegas, Nevada 89169 |
| 6 | Tel: (702) 921-2460 |
| | Fax: (702) 921-2461 |

*Attorneys for Defendant/Counter-Claimant Ramparts Inc. dba Luxor Hotel-Casino*

| | | |
|---|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKER'S UNION, LOCAL 226 | | Case No.: 2:12-cv-01963 |
| Plaintiff & Petitioners, | | |
| v. | | **DEFENDANT/COUNTER-CLAIMANT'S CERTIFICATE AS TO INTERESTED PARTIES** |
| RAMPARTS, INC. dba LUXOR HOTEL/CASINO | | |
| Defendant & Respondents. | | |
| * * * * | | |
| RAMPARTS, INC. dba LUXOR HOTEL/CASINO | | |
| Counter-Claimant, | | |
| v. | | |
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKER'S UNION, LOCAL 26 | | |
| Counter-Defendant. | | |

The undersigned, counsel of record for RAMPARTS, INC. dba LUXOR HOTEL CASINO ("Defendant/Counter-Claimant"), certifies that the following has an interest in the outcome of this case:

- MGM RESORTS INTERNATIONAL; and

- RAMPARTS, INC.

These representations are made to enable judges of the Court to evaluate possible recusal.

Dated this 5 day of December, 2012.

JACKSON LEWIS LLP

*[signature]*

Gary C. Moss, Bar No. 4340
Veronica Arechederra Hall, Bar No. 5855
Paul T. Trimmer, Bar No. 9291
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant/Counter-Claimant*
*Ramparts, Inc. dba Luxor Hotel-Casino*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis LLP and that on this 5 day of December, 2012, I caused to be served a true and correct copy of the above and foregoing **DEFENDANT/COUNTER-CLAIMANT'S CERTIFICATE AS TO INTERESTED PARTIES** via ECF filing, properly addressed to the following:

Sarah Grossman-Swenson
Richard G. McCracken
1630 S. Commerce St., Suite A-1
Las Vegas, NV 89102

Attorneys for Local 226

_____
Employee of Jackson Lewis, LLP

4826-0860-6481, v. 1

JACKSON LEWIS LLP
LAS VEGAS

-3-