RICHARD G. McCRACKEN, # 2748
SARAH GROSSMAN-SWENSON, # 11979
McCRACKEN, STEMERMAN,
& HOLSBERRY, LLP
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
PH:   (702) 386-5107
FAX:  (702) 386-9848

*Attorneys for Local Joint*
*Executive Board of Las Vegas;*
*Culinary Workers' Union, Local 226*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS' UNION, LOCAL 226,<br><br>Plaintiffs & Petitioners,<br><br>vs.<br><br>RAMPARTS, INC., d/b/a LUXOR HOTEL/CASINO, a Nevada corporation, and Does 1-10,<br><br>Defendants & Respondents. | Case No. 2:12-cv-01963-GMN-CWH<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

### CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Petitioners Local Joint Executive Board of Las Vegas and Culinary Workers' Union, Local 226, certifies that the following individual has an interest in the outcome of this case: Yulanda Hodge, the grievant in the underlying arbitration.  There are no other known interested parties other than those

participating in the case. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: December 28, 2012                         RESPECTFULLY SUBMITTED,

**McCRACKEN, STEMERMAN,
& HOLSBERRY, LLP**

/s/ *Sarah Grossman-Swenson*
SARAH GROSSMAN-SWENSON
RICHARD G. McCRACKEN

*Attorneys for Petitioners Local Joint Executive Board of Las Vegas* and *Culinary Workers' Union, Local 226*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of McCracken, Stemerman & Holsberry and that on this 2nd day of January, 2013, I caused to be served a true and correct copy of the above and foregoing:

### **CERTIFICATE OF INTERESTED PARTIES**

via ECF filing, properly addressed to the following:

Gary C. Moss
Veronica Arechederra Hall
Paul T. Trimmer
Jackson Lewis LLP
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Attorneys for Ramparts, Inc.

/s/ *Dinh Luong*
Dinh Luong