Gary C. Moss, Bar No. 4340
mossg@jacksonlewis.com
Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Montgomery Y. Paek, Bar No. 10176
montgomery.paek@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant/Respondent/Counter-Claimant*
*Ramparts Inc. dba Luxor Hotel-Casino*

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKER'S UNION, LOCAL 226<br><br>Plaintiffs & Petitioners,<br><br>v.<br><br>RAMPARTS, INC. dba LUXOR HOTEL/ CASINO<br><br>Defendant & Respondent.<br><br>* * * *<br><br>RAMPARTS, INC. dba LUXOR HOTEL/ CASINO<br><br>Counter-Claimant,<br><br>v.<br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKER'S UNION, LOCAL 26<br><br>Counter-Defendants. | Case No.: 2:12-cv-01963-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PETITIONER'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ORDER**<br>**(First Request)** |

COMES NOW Defendant/Respondent/Counter-Claimant RAMPARTS, INC. dba LUXOR HOTEL/CASINO ("Defendant"), and Plaintiffs/Petitioners/Counter-Defendants LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS' UNION,

LOCAL 226 ("Plaintiffs"), by and through their respective attorneys, and do hereby stipulate and agree to extend the time to respond to Plaintiffs' Motion for Judgment on the Pleadings (Doc. #18) that was filed on January 30, 2014.

Accordingly, Defendant shall have up to and including March 4, 2014 to respond to Plaintiffs' Motion for Judgment on the Pleadings.

Dated: February 12, 2014

Dated: February 12, 2014

_____
Veronica Arechederra Hall
Gary C. Moss
Paul T. Trimmer
Montgomery Y. Paek
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Attorneys for Defendant/Respondent/Counter-Claimant

/s/Richard G. McCracken
Richard G. McCracken
Sarah Grossman-Swenson
1630 S. Commerce St., Suite A-1
Las Vegas, NV 89102

Attorneys for Plaintiffs/Petitioners/Counter-Defendants

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 02/14/14**

4813-2754-4856, v. 1