RICHARD G. McCRACKEN, # 2748
SARAH GROSSMAN-SWENSON, # 11979
McCRACKEN, STEMERMAN,
& HOLSBERRY, LLP
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
PH:   (702) 386-5107
FAX:  (702) 386-9848

*Attorneys for Local Joint*
*Executive Board of Las Vegas;*
*Culinary Workers' Union, Local 226*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS' UNION, LOCAL 226,<br><br>　　　　Plaintiffs & Petitioners,<br><br>　　　　vs.<br><br>RAMPARTS, INC., d/b/a LUXOR HOTEL/CASINO, a Nevada corporation, and Does 1-10,<br><br>　　　　Defendants & Respondents.<br><br>　　　　　　****<br><br>RAMPARTS, INC. d/b/a LUXOR HOTEL/ CASINO,<br><br>　　Counter-Claimant/Counter-Petitioner,<br><br>　　　　vs.<br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; CULINARY WORKERS' UNION, LOCAL 226,<br><br>　　　　Counter-Defendants/Counter-Respondents. | Case No. 2:12-cv-01963-GMN-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

1

Plaintiffs/Petitioners/Counter-Defendants Local Joint Executive Board of Las Vegas and Culinary Workers' Union, Local 226 ("Petitioners") and Defendant/ Respondent/ Counter-Claimant Ramparts, Inc. d/b/a Luxor Hotel/Casino ("Respondent"), by and through their respective attorneys, do hereby stipulate and agree as follows:

1. The above-captioned case is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Each Party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 2, 2014

Dated:  July 2, 2014
*I attest that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a /s/.*

**JACKSON LEWIS P.C.**

**McCRACKEN, STEMERMAN, & HOLSBERRY, LLP**

 /s/ Gary C. Moss

 /s/ Richard G. McCracken

Veronica Arechederra Hall
Gary C. Moss
Paul T. Trimmer
Montgomery Y. Paek
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Richard G. McCracken
Sarah Grossman-Swenson
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102

*Attorneys for Defendant/Respondent/ Counter-Claimant Ramparts, Inc.*

*Attorneys for Plaintiffs/Petitioners/Counter-Defendants Local Joint Executive Board of Las Vegas and Culinary Workers' Union, Local 226*

**IT IS SO ORDERED** this 8th day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2